# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-15-00318-CR
_____

## IN RE MARVIN HOLMES

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. 08-04992-A**

## MEMORANDUM OPINION

Relator Marvin Holmes filed a *pro se* petition for writ of mandamus, in which he alleges that the trial court illegally sentenced him after he pleaded no contest pursuant to a plea bargain agreement. Holmes has not demonstrated that he is clearly entitled to mandamus relief from this Court. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding) (To demonstrate entitlement to a writ of mandamus, a relator must establish that the trial court failed to perform a ministerial duty, and that

1

relator has no other adequate legal remedy.). Accordingly, we deny relief on the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted August 25, 2015
Opinion Delivered August 26, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.